# UNITED STATES DISTRICT COURT

Eastern District of Arkansas



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 2 3 2018

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| ROY LADELL POWELL | |

Case No. 4:07CR00367-02 BRW
USM No. 20107-009

Grant Ballard
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) __Standard and Special__ of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard (1) | Leaving the judicial district without the permission of the Court or probation officer. | 04/11/2014 |
| Special (14) | Failure to participate in a substance abuse treatment program. | 10/20/2017 |
| | Failure to abstain from alcohol use during treatment. | |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 4718

Defendant's Year of Birth: 1973

City and State of Defendant's Residence: _____

03/20/2018
Date of Imposition of Judgment

/s/ Billy R. Wilson
Signature of Judge

BILLY ROY WILSON, U.S. District Judge
Name and Title of Judge

3-23-2018
Date

DEFENDANT: ROY LADELL POWELL
CASE NUMBER: 4:07CR00367-02 BRW

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Mandatory | Unlawful possession and use of a controlled substance. | 02/05/2018 |
| Standard (7) | Failure to refrain from excessive use of alcohol and should not purchase, possess, use, distribute, or administer any controlled substance or paraphernalia related to any controlled substances, except as prescribed by a physician. | 02/05/2018 |
| Standard (2) | Failure to report to the probation officer and submit a truthful and complete written report within the first five days of each month. Failure to report secondary address on monthly supervision report. | 07/31/2017 |

DEFENDANT: ROY LADELL POWELL
CASE NUMBER: 4:07CR00367-02 BRW

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

1 year and a day with no Supervised Release to follow.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant participate in residential mental health treatment during incarceration. The Court recommends the defendant be designated to FCI Forrest City or an institution located as near as possible to Little Rock, AR.

☐ The defendant is remanded to the custody of the United States Marshal.

☑ The defendant shall surrender to the United States Marshal for this district:
   ☑ at  02:00   ☐ a.m.  ☑ p.m.  on  04/19/2018  .
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL